**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: STACEY N. STREET                                    CHAPTER 13

DEBTOR                                                     CASE NO. 15-10904 JDW

**OBJECTION TO SECURED CLAIM AND OTHER RELIEF**

COME NOW, Debtor(s) by and through counsel, and files this objection to the following pre-petition secured claim and requests the Court to set the value for the purpose of plan confirmation:

CREDITOR:   Green Tree
            P.O. Box 6172
            Rapid City, SD 57709-6172

Description of Collateral: 1999 28X40 Fleetwood Mobile Home

Amount of Debt: $28,599.72, the amount alleged to be due.

Treatment: Pay Amount of $12,500.00 the value of the property, plus interest of 5%, and upon payment of same eliminate any lien.

DEBTOR(S) pray(s) that upon payment of value plus interest, the lien be canceled and any title documents be delivered to Debtor(s).

DATED: March 26, 2015

                                        Respectfully submitted,


                                        ___/s/Karen B. Schneller_____
                                        KAREN B. SCHNELLER, MSB 6558
                                        ROBERT H. LOMENICK, JR., MSB 104186
                                        NORTH MS BANKRUPTCY GROUP, PLLC
                                        126 NORTH SPRING STREET
                                        POST OFFICE BOX 417
                                        HOLLY SPRINGS, MS 38635
                                        662-252-3224/karen.schneller@gmail.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE: STACEY N. STREET                                CHAPTER 13

DEBTOR                                                 CASE NO. 15-10904 JDW

### NOTICE OF OBJECTION TO SECURED CLAIM

YOU ARE HEREBY NOTIFIED that a written response to the attached objection to secured claim, etc., must be filed with:

> Clerk of Court
> U.S. Bankruptcy Court
> Northern District of Mississippi
> 703 Highway 145 North
> Aberdeen, MS 39730

and a copy must be served on the undersigned Debtor(s) attorney and the Chapter 13 trustee on or before thirty (30) days from the date of this notice, or the court may enter a Confirmation Order, which shall set the value of each affected secured creditor's lien, and which shall sustain the objection to secured claim, etc., granting the relief requested therein.  In the event a written response is filed, the Court will  notify you of the date, time and place of the hearing thereon.

DATED: March 26, 2015

| CHAPTER 13 STANDING TRUSTEE | /s/Karen B. Schneller |
|---|---|
|  | KAREN B. SCHNELLER, MSB 6558 |
| Locke D. Barkley | ROBERT H. LOMENICK, JR., MSB 104186 |
| Chapter 13 Trustee | NORTH MS BANKRUPTCY GROUP, PLLC |
| 6360 I-55 North, Suite 140 | 126 North Spring Street |
| Jackson, MS 39211 | Post Office Box 417 |
|  | Holly Springs, MS 38635 |
|  | 662-252-3224/karen.schneller@gmail.com |

## CERTIFICATE OF SERVICE

    I, Karen B. Schneller/Robert H. Lomenick, Jr., attorney for debtor(s), do hereby certify that I have this day mailed a true and correct copy by electronic means or United States Mail, postage prepaid, of the above and foregoing Objection to Secured Claim and Other Relief and Notice of Objection to Secured Claim to the creditor(s) named therein at their respective addresses.

DATED: March 26, 2015

                                                                                  /s/Karen B. Schneller
                                                                        ATTORNEY FOR DEBTOR(S)