

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE: STACEY N. STREET                              CHAPTER 13

DEBTOR                                               CASE NO. 15-10904 JDW

## ORDER AVOIDING LIEN

This matter came before the Court on the motion of Debtors' Motion to Avoid Lien of First Heritage Credit, LLC, no responses or objections having been filed by the deadline set by the Court, and the Court having considered the motion, finds good cause shown that the Motion should be granted, therefore;

IT IS, THEREFORE, ORDERED that pursuant to 11 U.S.C. §522(f) the lien/judgment against the Debtor, Stacey N. Street, held by First Heritage Credit, LLC, UCC Financing Statement File Nos. 20141482109B & 20131145623A is hereby avoided upon discharge and the lien shall not survive bankruptcy, affix to or remain enforceable against the Debtor or her exempt property.

#END OF ORDER#

PREPARED BY:

KAREN B. SCHNELLER, MSB # 6558
ROBERT H. LOMENICK, JR., MSB #104186
NORTH MISSISSIPPI BANKRUPTCY GROUP, PLLC
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
(662) 252-3224/karen.schneller@gmail.com