_____



SO ORDERED,

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13 CASE NO.:** |
| **STACEY N. STREET** | **15-10904-JDW** |

**ORDER RELEASING ORDER DIRECTING EMPLOYER TO WITHHOLD DEDUCTIONS FROM PAY AND DIRECTING PAYMENT TO CHAPTER 13 TRUSTEE**

The Court has been advised by the Chapter 13 Trustee that the Debtor has completed the Chapter 13 plan payments.

IT IS, THEREFORE, ORDERED, that the Debtor's former employer, **MARSHALL CO BOARD OF SUPERVISORS,** is hereby directed to cease deductions from the Debtor's wages.

IT IS FURTHER ORDERED, that any funds presently being held by **MARSHALL CO BOARD OF SUPERVISORS, PO BOX 219, ATTN: PAYROLL, HOLLY SPRINGS, MS  38635,** shall be remitted directly to the Debtor.

**##END OF ORDER##**